IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CITO PRODUCTS, INC.,

    Plaintiff,

v.

JAMES MACDUFF,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 3:07-cv-00443-bbc

This action came for consideration before the court with District Judge BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case.

THERESA M. OWENS

_____
By: L. Jensen, Deputy Clerk
Theresa M. Owens, Clerk of Court

MAY 1 3 2008
_____
Date